105 A.3d 661

FEDERAL HOME LOAN MORTGAGE CORPORATION, Respondent

v.

Florence R. PARKER, Petitioner.

Supreme Court of Pennsylvania.

Dec. 11, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Petition for Allowance of Appeal and the Application for Consolidation are **DENIED.**